**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| In re: Grand Jury Subpoena,<br><br>MATTHEW COLE,<br><br>Subpoenaed Party. | Case No. 4:26dml<br><br>4:25G1/NN25-2386 |

**MOTION TO UNSEAL**

Matthew Cole, by and through counsel, respectfully moves this Court to unseal these proceedings, including his Motion to Quash, the full briefing on that Motion, and all related exhibits, ECF Nos. 1, 2, 8, and 9.

Mr. Cole further moves for entry of an order that the courtroom be unsealed and open to the public during any hearing scheduled on his Motion to Quash, and that the instant Motion and any new documents filed in this matter be filed on the public docket.

In support of this Motion, Mr. Cole relies on the arguments set forth in the Memorandum of Law in Support of Motion to Unseal filed contemporaneously herewith.

WHEREFORE, Mr. Cole respectfully requests that the Court grant this Motion, unseal these proceedings and order that the courtroom be unsealed and open to the public during any hearing scheduled on his Motion to Quash.

Dated: July 30, 2026

Respectfully submitted,

*/s/ Andrew Bosse*
Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel: (757) 904-5373

David A. O'Neil*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 383-8000

*Counsel for Movant Matthew Cole*
**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on July 30, 2026, I sent a true and correct copy of the foregoing to counsel for the Government in the United States Attorney's Office for the Eastern District of Virginia and the National Security Division of the Department of Justice by electronic mail.

/s/ Andrew Bosse
Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel.: (757) 904-5373

*Counsel for Movant Michael Cole*