**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| In re: Grand Jury Subpoena,<br><br>MATTHEW COLE,<br><br>Subpoenaed Party. | Case No. 4:26dml<br><br>4:25G1/NN25-2386 |

**[PROPOSED] ORDER**

This matter came before the Court on the Motion to Unseal of Matthew Cole, movant in the above-captioned matter.

Upon consideration of the Motion, and it appearing that good cause exists for granting the requested relief, the Motion is GRANTED.

It is thereby ORDERED that:

1. Case No. 4:26-dm-1, and all documents filed under that case number, are unsealed.
2. Any new documents filed in Case No. 4:26-dm-1 shall be filed on the public docket, subject to any request to seal made under Local Criminal Rule 49.
3. If a hearing is scheduled on Matthew Cole's Motion to Quash, ECF No. 1, the courtroom shall be unsealed and open to the public during such hearing.

IT IS SO ORDERED.

Entered this _______ day of _____________, 2026.

_________________________________
United States Magistrate Judge

WE ASK FOR THIS:

*/s/ Andrew Bosse*
Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel: (757) 904-5373

David A. O'Neil*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 383-8000

*Counsel for Movant Matthew Cole*
**Admitted pro hac vice*