**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| In re: Grand Jury Subpoena,<br>MATTHEW COLE,<br>Subpoenaed Party. | Case No. 4:26dml<br>4:25G1/NN25-2386 |

**[PROPOSED] ORDER**

This matter came before the Court on the Motion of Matthew Cole, movant in the above-captioned matter, to Compel Disclosure of Any Subpoena, Court Order, or Warrant to Third Parties.

Upon consideration of the Motion, and it appearing that good cause exists for granting the requested relief, the Motion is GRANTED.

It is thereby ORDERED that:

1. The Department of Justice shall disclose any subpoena, court order, or warrant issued to any third party that seeks movant's information or records, or information or records of anyone associated with him, in connection with this investigation.

IT IS SO ORDERED.

Entered this _______ day of _____________, 2026.

_________________________________
United States Magistrate Judge

WE ASK FOR THIS:

/s/ Andrew Bosse
Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel: (757) 904-5373

David A. O'Neil*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 383-8000

*Counsel for Movant Matthew Cole*
**Admitted pro hac vice*