**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**IN RE: GRAND JURY SUBPOENA,**
**MATTHEW COLE,**

**Subpoenaed Party.** **Case No. 4:26dm1**

# ORDER

This matter is before the Court on the Government's Motion to Seal, ECF No. 26, which was filed in response to the Court's Order of October 5, 2026. In the October 5, 2026 Order, the Government was instructed to review ECF Nos. 13 through 20, to consult with counsel for movant as appropriate, and to prepare redacted versions of those documents for which a sealing dispute exists. ECF No. 21. The Government was further instructed as to any document currently filed at ECF No. 13 through 20 for which a live sealing dispute exists, it should file a Motion to Seal with attached redacted versions for public filing and to also provide its position on ECF No. 2-1. Id.

The Court notes that while no response to the Motion to Seal has been filed by movant, the Government states in its filing that the Government consulted with movant's attorneys and they indicated that their position continues to be that this case should be unsealed in its entirety. ECF No. 26, at 2.

After consideration of the Government's Motion to Seal, the motion is **GRANTED in part,** and **TAKEN UNDER ADVISEMENT in part,** with all live disputes over the propriety and scope of sealing reserved for resolution after oral argument. ECF No. 26. The Court agrees with the parties' position that much of the currently sealed filings should be unsealed; however, the Court finds that the well-established and foundational interest in maintaining grand jury secrecy continues to support temporary limited sealing until the time that counsel can be fully heard on the issue.

The Clerk is hereby **INSTRUCTED to seal, in whole or in part,** the following docket entries:

- ECF Nos. 15-1 through 15-5 (the Government's proposed redacted versions of other filings) should remain sealed in their entirety.

- ECF No. 16 (Movant's Objections to Magistrate Judge's Report and Recommendation) should be partially unsealed, in the redacted form proposed as Exhibit A to the Government's Motion to Seal.

- ECF No. 18 (Reply in Support of Movant's Motion to Unseal) should be partially unsealed, in the redacted form proposed as Exhibit B to the Government's Motion to Seal.

- ECF No. 20 (Government's Response to Movant's Objections to Magistrate Judge's Report and Recommendation) should be partially

unsealed, in the redacted form proposed as Exhibit C to the Government's Motion to Seal.

The Clerk is further **INSTRUCTED to unseal without redaction** the following docket entries filed to date:

- ECF Nos. 13, 13-1, and 13-2 (Movant's Motion to Compel Disclosure, with exhibits);
- ECF No. 14 (Movant's Memorandum of Law in Support of Motion to Compel Disclosure);
- ECF No. 15 (Government's Response to Motion to Unseal) **except that all exhibits (ECF Nos. 15-1 through 15-5) should remain sealed as noted above;**
- ECF No. 17 (Government's Response to Motion to Compel Disclosure); and
- ECF No. 19 (Movant's Reply in Support of Motion to Compel Disclosure).

Additionally, the Government and movant agree that the grand jury subpoena to movant (ECF No. 2-1) may be unsealed with the redaction of movant's home address and telephone number. ECF No. 26, at 2. Therefore, the Clerk is **INSTRUCTED** to unseal ECF No. 2-1 with the redactions as proposed in Exhibit D to the Government's Motion to Seal.

On November 19, 2026, the parties will appear before the Court for oral argument to address the outstanding objections to the R&R

and other pending motions. With respect to the sealing dispute, the parties will have an opportunity at the hearing to address the disputed portion of the motion to unseal that is taken under advisement today. Such argument will take place in open court to the extent possible, and the Court does not at this time decide whether there is a valid basis for sealing a limited portion of the proceedings.

The Clerk shall forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ [signature]
Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
October 24, 2026