**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| In re: Grand Jury Subpoena,<br><br>MATTHEW COLE,<br><br>Subpoenaed Party. | Case No. 4:26dml<br><br>4:25G1/NN25-2386 |

## MATTHEW COLE'S MOTION TO CONTINUE

Matthew Cole, by and through counsel, respectfully moves to adjourn the hearing currently scheduled for November 19, 2026 at 10:30 A.M. due to recent developments that will materially affect the issues pending before this Court. Counsel for Mr. Cole has conferred with the Government to obtain its position on the present Motion and reports that the Government opposes the Motion.

The grounds for this Motion are set forth more fully in the attached Memorandum of Law. A proposed order granting Mr. Cole's requested relief is attached to this Motion.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Andrew Bosse*

Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400

Norfolk, Virginia 23510
Tel: (757) 904-5373

David A. O'Neil*
daoneil@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 383-8000

*Counsel for Movant Matthew Cole*
*Admitted *pro hac vice.*

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2026, I sent a true and correct copy of the foregoing to counsel for the Government in the United States Attorney's Office for the Eastern District of Virginia and the National Security Division of the Department of Justice by electronic mail.

/s/ Andrew Bosse
Andrew Bosse (VSB No. 98616)
abosse@bkbfirm.com
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, Virginia 23510
Tel.: (757) 904-5373

*Counsel for Movant Matthew Cole*