**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**IN RE: GRAND JURY SUBPOENA,**
**MATTHEW COLE,**

**Subpoenaed Party.** **Case No. 4:26dm1**

# ORDER

This matter is before the Court on a Motion to Continue filed by Matthew Cole ("Mr. Cole," or "Movant"). ECF No. 31. Mr. Cole asserts that oral argument in this case, currently scheduled for Thursday, November 19, 2026, should be continued in light of recent developments in a presumably related case (the "LinkedIn Case"). ECF No. 32, at 1. Specifically, Movant highlights the fact that the United States Court of Appeals for the Fourth Circuit recently remanded the LinkedIn Case so that another judge of this Court could reconsider the scope of a third-party record request and "Secrecy Order" that involve Mr. Cole. Id. at 3-4. Movant contends that oral argument in the instant case, which focuses on the propriety of a subpoena for Mr. Cole's testimony, should await the resolution of the LinkedIn Case remand so that the undersigned can rule on a complete record. Id. at 4-5.

The United States, as respondent in this case, opposes the request for a continuance. ECF No. 34. According to the Government, (1) Mr. Cole overstates the relevance of the LinkedIn

case to the issues in this action, and (2) the Fourth Circuit's opinion in the LinkedIn Case supports the Government's position in this case as it reaffirms a key legal standard and expressly acknowledges the Government's legitimate interest in pursuing the investigation at the heart of this case. Id. at 2-3.

After considering the parties' competing positions, the Court finds that the issues and legal standards in the two parallel cases are sufficiently distinct such that a continuance is not warranted. The Fourth Circuit's LinkedIn opinion includes certain findings that arguably benefit Mr. Cole, and other findings that arguably benefit the Government. Counsel for both parties will have a full opportunity at the hearing to highlight their preferred portions of the LinkedIn opinion in furtherance of their positions in the instant case.

In summary, the motion to continue the hearing scheduled for Thursday, November 19, 2026, is **DENIED.** ECF No. 31. The Clerk is **REQUESTED** to forward a copy of this Order to all counsel of record in this case, and in Case No. 2:26mc5.

**IT IS SO ORDERED.**

/s/ MSD
Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
November 17, 2026