***UNITED STATES DISTRICT COURT***
*EASTERN DISTRICT OF VIRGINIA*
NEWPORT NEWS DIVISION

**THURSDAY, NOVEMBER 19, 2026**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT:** THE HONORABLE Mark S. Davis, District Judge
Courtroom Deputy Clerk: J. Powell
Court Reporter: Paul McManus, OCR

| Set: | Started: | Ended: |
|---|---|---|
| 10:30 am | 10:33 am | 1:12 pm |

| |
|---|
| **Civil Case No. 4:26-DM-1** |
| **In Re: Grand Jury Subpoena,** |
| **Matthew Cole** |
| David O'Neil and Andrew Bosse, on behalf of movant, Matthew Cole. |
| Brian Samuels and Joshua Ferrenetino, on behalf of the USA. |
| Matter came on for motion hearing. |
| |
| Comments of the Court heard. |
| Arguments of counsel heard. |
| Movant Exhibits presented and, with no objection, made a part of the record. |
| As for reasons stated from the bench, the Court directs the Government to file an ex parte submission within 14 days. |
| The Court takes the matter under advisement. |
| Court adjourned. |