← All posts

# My response to Matthew Cole's book

Jared Kushner | October 22, 2026

Letter from Alejandro Brito, counsel to Jared Kushner, dated August 10, 2026.

---

▼ In this response 5 sections

Re: Response to Mr. Cole's Allegations
A. The May 19 Letter
B. The May 28 Letter
C. July 12 Email
Notes

▶ Original correspondence details

---

## Re: Response to Mr. Cole's Allegations

Dear Mr. Browning and Ms. Sudol:

As stated in my July 30, 2026, letter (the "July 30 Letter"), the allegations about my ... vith false and defamatory accusations.[1]

Skip to content

Exhibit 2

In the interest of helping you understand just how unfounded Mr. Cole's claims are, I have provided point-by-point responses on behalf of Mr. Kushner to Mr. Cole's factual allegations and questions in the Correspondences. As you will see, the allegations are incredible and false, and if there were to be any credible evidence it should be easy to investigate and confirm. If you still wish to pursue this reporting, we expect that Mr. Cole will provide evidence of his claims to Mr. Kushner—notably Mr. Cole has not indicated any source of information for his unbelievable claims—before proceeding with any publication so that we can more fully respond, if necessary, to the premises of his claims. If he is unable to substantiate these claims, we demand that he acknowledge his mistakes and cease any and all publication or dissemination of these false, malicious and defamatory claims.

I am sending the responses also so that you, as the Publishers, can conduct the appropriate fact checking of the claims before proceeding with publication. You have stated that Simon and Schuster conducted a full legal review of Mr. Cole's intended publication and your letter dated the August 3, 2026, states that Simon & Schuster "have full confidence in the book." However, you have not acknowledged any factual review of his claims since Mr. Kushner put you on notice of the serious and false nature of the allegations, and based on our knowledge of the facts, it is almost impossible to believe that the book has undergone any factual review. As noted in my July 30 Letter, we expect that the Publishers will engage in a full fact checking in cooperation with Mr. Kushner before proceeding to print any of the claims about him.

Mr. Kushner is a successful businessman who runs an international investment firm, and he prizes his reputation for honest business dealings and relies on that reputation to conduct business throughout the world. Mr. Cole's allegations are false, defamatory and damaging and, if published, can be reasonably expected to cause

Skip to content

Mr. Kushner and his business. Should you choose to proceed with publishing the false and defamatory claims, Mr. Kushner is prepared to pursue any

and all of his legal and equitable rights and remedies, including monetary damages and attorneys' fees.

All claims are expressly reserved and none are waived.

Very truly yours,

ALEJANDRO BRITO

**RESPONSES TO THE ALLEGATIONS AND QUESTIONS IN THE CORRESPONDENCES**

---

## A. The May 19 Letter

Below are responses to the factual assertions and questions in the May 19 Letter.

**Assertion 1:**

> *"My book covers some of your agreements and cooperation with MBZ, MBS, Tamim Al Thani, and Netanyahu during your time in the White House."*

**Response 1:**

It was an honor for Mr. Kushner to serve the President of the United States from 2017 to 2021. Mr. Kushner, who has been one of the most scrutinized people on the planet, always represented and sought the interests of the United States and the President of the United States and did not make any agreements or arrangements with leaders or officials in foreign countries that were not agreed by the President of the United States and in the best interest of the United States. Examples of agreements for which he led the negotiations of during that period include the

Skip to content ds, the Israel-Morocco Normalization agreement, and the Gulf Cooperation Council dispute resolution known as the Alula Agreement. These were

the official agreements in which Mr. Kushner led the negotiations, and all agreements he negotiated were authorized and disclosed.

**Assertion 2:**

> *The book described includes your access to multiple bank accounts—including but not limited to—a FAB account managed by Dherar Al Falasi /Watani and at least one Israeli account in Israel Central . . . .*

**Response 2:**

Mr. Kushner has no knowledge of, or involvement with, any such accounts. Any allegation that Mr. Kushner knew of, had access to, had authorizations for or engaged in or directed any conduct related to any government-funded or government-linked bank account is totally false and defamatory—Mr. Cole is accusing him of violating numerous federal laws and the U.S. Constitution. Any claims about Mr. Kushner's access to "multiple bank accounts," including but not limited to a bank account in Cyprus, a UAE bank account, in Abu Dhabi or an account with the Israeli Central Bank, are false. Repeat: There are no accounts and never were. Just as false are any claims that Mr. Kushner had any communications with foreign leaders about any bank accounts, or that he communicated through any third parties or intermediaries about any bank accounts. Furthermore, Mr. Kushner does not know anyone named Dherar Al Falasi or what a Watani account is. This should be an easy claim for you to fact check and we are certain that if you conduct even the most basic review of whatever sources you have on these claims you will find there is no evidence of Mr. Kushner's knowledge of or involvement with any such bank accounts, as it never occurred.

**Assertion 3:**

**Skip to content**

> *...scribed includes . . . your knowledge and arrangement to receive a ...6 Fifth Ave by the Qatari government in exchange for blocking any*

> *further punitive measures by UAE, KSA et al during their blockade . . . .*

**Response 3:**

During Mr. Kushner's time in government, he never communicated with any member, affiliate, agent, employee, associate, or representative of the Qatari government regarding the divestment of his interests in the real property commonly known as 666 Fifth Avenue, New York, NY 10019, nor was he involved in, nor does he have any knowledge of, any alleged quid pro quo with the Qatari government. The referenced transaction occurred after Mr. Kushner had divested his interest in 666 Fifth Avenue and took place without his knowledge or involvement. Furthermore, the transaction was led by Brookfield, one of the largest and most respected asset managers in the world, from a fund in which Qatar is a passive investor. There has been no evidence that this investment was directed by Qatar or that it was not done for purely commercial purposes by Brookfield. Any suggestion of Mr. Kushner's involvement in the transaction or of a quid pro quo with the Qatari government is false and defamatory.

**Assertion 4:**

> *The book described includes . . . your involvement in getting President Trump's support of Khalifa Haftar's April 2019 attempted overthrow of Libya's GNA . . . .*

**Response 4:**

Mr. Kushner was not involved in Libya policies and did not facilitate any actions or communications between President Trump and Mr. Khalifa Haftar.

**Assertion 5:**

> *The book described includes . . . your financial relationship with Erik Prince, among*

Skip to content

**Response 5:**

Mr. Kushner does not and did not have any relationship with Erik Prince, much less a financial relationship. Mr. Kushner has no personal knowledge or involvement in any of Mr. Prince's activities or involvement with any government, other than Mr. Kushner met him one time during the 2016 presidential transition and never interacted with him after that.

Below are responses to the Questions in the May 19 Letter.

> *1. Were you aware that at least one of your iPhones was hacked and monitored by a European government while you served in the White House?*

**Response 6:**

Mr. Kushner does not know if his iPhone was hacked or monitored while serving in the White House; you should ask the White House about that. Mr. Kushner received regular counterintelligence briefings during his time in government and was never informed of this. At the same time, out of an abundance of caution, he always operated as if someone was listening in on his non-secure calls.

> *2. Did President Trump authorize your signatory access to Watani accounts in the UAE?*

**Response 7:**

See Response 2. Because the claims about the accounts that Mr. Kushner allegedly had access to are false, any questions premised on his disclosures to or authorization from the U.S. Government, the President of the United States, or any other third party about any such accounts are also meritless.

> *3. Did he authorize your access/ability to receive MBZ's money for you in the Israeli central bank?*

**Response 8:**

**Skip to content** . Again, this is a crazy, false and defamatory accusation, and we would urge you to check your sources.

> *4. To whom within the US government did you disclose your access to these foreign accounts?*

**Response 9:**

See Response 7.

> *5. What legal authority did you receive as a USG employee with security clearances to participate in funds/accounts supplied by foreign governments?*

**Response 10:**

See Response 2.

> *6. Did you ever discuss 666 financing with the Qatari government prior to 2018?*

**Response 11:**

See Response 3.

> *7. Was the president aware that Doha paid for 666?*

**Response 12:**

See Response 3. Doha did not pay for 666 Fifth Avenue. Again, Brookfield made a commercial investment in 666 Fifth Avenue via a fund in which Qatar was an investor, and Mr. Kushner was not aware of this investment at the time and is aware of no evidence that Qatar impacted the investment decision. Any suggestion of his involvement in the transaction or any allegation of quid pro quo with the Qatari government is false and defamatory. This would be like alleging that one of KKR's investors is directing KKR to force Simon & Schuster to write a good or bad book. It is a lazy, strained accusation bereft of any factual support.

---

Skip to content

28 Letter

Below are responses to the questions in the May 28 Letter.

> *1. Please describe the evolution of a foreign policy account funded by MBZ and MBS. Was it your idea, or theirs? Or a combination?*

**Response 13:**

See Response 2. Again, Mr. Kushner has no idea what account you are talking about —no such account ever existed—and the premise of this question is totally unfounded.

> *2. Please describe the circumstances surrounding the UAE government's providing access to the UAE bank account(s).*

**Response 14:**

See Response 2. Again, Mr. Kushner has no idea what account you are talking about —and the premise of this question is totally unfounded.

> *3. Whose first proposed giving you access to the UAE bank accounts managed by Dherar Al Falasi?*

**Response 15:**

See Response 2.

> *4. Did you sign bank documents for the UAE account(s) Mr. Al Falasi managed?*

**Response 16:**

See Response 2.

> *5. Does serving as a signatory of a foreign bank account require disclosure to the IRS? If so, did you?*

**Response 17:**

Skip to content

> *6. As a White House employee, were you required to disclose that access to the federal government? If so, did you?*

**Response 18:**

See Response 7.

> *7. Were you aware that the Watani Al Emarat charity, which Mr. Al Falasi led, also served as a front for covert weapons transactions and other UAE intelligence operations?*

**Response 19:**

Mr. Kushner has no knowledge of the charity or the transactions that Mr. Cole is referencing.

> *8. Who in the Trump Administration knew of your access to the UAE bank accounts?*

**Response 20:**

See Response 7.

> *9. In your view, does having access to such accounts require registration as a foreign agent with the Justice Department? Why or why not?*

**Response 21:**

See Response 7. Because Mr. Kushner never had any knowledge of or involvement with such an account, there was no reason to communicate with the government, or anyone else for that matter, regarding the supposed accounts. The entire premise of your question—and possibly your book—is totally unfounded. Moreover, the implication that Mr. Kushner was somehow a foreign agent who needed to register with the U.S. Department of Justice—which he is not and never did—is false and

Skip to content

> *10. How many bank accounts, in total, were you given access to?*

**Response 22:**

None. See Response 2.

> *11. Which is a more accurate description of your access to the bank account(s) used by Mr. Falasi: controlled or managed?*

**Response 23:**

None. See Response 2.

> *12. Did MBZ, Tahnoon, or Mr. Al Falasi inform you that Tahnoon took $250M from the $1B MBS provided as part of your agreement before transferring the remainder into the account(s) you had access to?*

**Response 24:**

No. See Response 2.

> *13. Who first proposed that the UAE money made available to you also be moved and held in Israel?*

**Response 25:**

No one ever proposed this to Mr. Kushner. See Response 2.

> *14. My reporting indicates that MBZ made more than $900 million available to you in the Israel-based bank account. What was the purpose of this money?*

**Response 26:**

Your reporting is incorrect. No such funds were ever made available. See Response 2.

> *15. My reporting indicates that Prime Minister Netanyahu required you to inform him of transfers from the Israel-based bank account before you made them. Why?*

**Skip to content**

Your reporting is incorrect. Mr. Kushner never had any discussions or knowledge of such a bank account—if it even existed. See Response 2.

> *16. Did you ever transfer (or have others transfer on your behalf) funds from the Israel-based account to Mr. Netanyahu? If so, what was the purpose of that money?*

**Response 28:**

No. See Response 2.

> *17. Please describe Ambassador David Friedman's role in the arrangement. Is it accurate that Mr. Friedman communicated with Mr. Netanyahu on your behalf about prospective financial transfers from the bank account?*

**Response 29:**

There was no arrangement. See Response 7.

> *18. Please describe your relationship and work with Tally Zingher.*

**Response 30:**

Mr. Kushner does not know and has no relationship with Tally Zingher.

> *19. Did you inform President Trump of either the UAE or Israel-based bank accounts and your access to them?*

**Response 31:**

See Response 7.

> *20. Did President Trump authorize your access?*

**Response 32:**

See Response 7.

Skip to content

> *…ting indicates that your financial relationships with MBZ, MBS, and Israel regarding these funds were not part of any U.S. intelligence operation or any*

> *agreement with foreign governments. Is that accurate? If not, which executive-branch agency or office was aware of or participated in your financial relationships with these foreign governments?*

**Response 33:**

Your reporting is incorrect. See Responses 2 and 7. Mr. Kushner had no financial relationships with any foreign countries or leaders. His complete financial disclosures are publicly available in his OGE Form 278e filings during this period.

> *22. Spokespeople on your behalf have previously stated that, while serving in the White House, you followed all appropriate "protocols" when dealing with foreign governments and when notifying the U.S. government of those dealings. Do you still maintain that you followed all appropriate protocols?*

**Response 34:**

Yes. Mr. Kushner has consistently complied with all applicable laws and requirements when dealing with foreign governments and in any dealings on behalf of the U.S. Government.

> *23. Please describe your relationship with Erik Prince regarding the UAE.*

**Response 35:**

See Response 5.

> *24. In 2021, after President Trump left the White House, various UAE officials accused you and Mr. Prince of misappropriating or otherwise stealing money from the funds that MBZ and his brother made available to you. Is that an accurate or fair description?*

**Response 36:**

Skip to content

2 and 5. The premises of the underling assertions are false, and the question is unfounded.

> *25. In 2021, Avi Berkowitz, on your behalf, denied any connection to Erik Prince or to events in Libya to me while reporting for The Intercept. Do you still maintain that?*

**Response 37:**

Yes. That was true then and it remains true today. See Responses 4 and 5.

> *26. Were you aware that the UAE provided Mr. Prince with a government passport while you served in the White House?*

**Response 38:**

See Response 5.

> *27. Did Mr. Prince ever disclose to you that he was provided a foreign government passport for travel?*

**Response 39:**

See Response 5.

> *28. What was the purpose of the at least $60M the UAE bank account you had access to transferred to Mr. Prince in 2018?*

**Response 40:**

Mr. Kushner is not aware of such a bank account and has never sent any money to Mr. Prince. See Responses 2 and 5.

> *29. What was the purpose of the $85M from the same account transferred to Khalifa Haftar in July 2018? What was your role in the transfer?*

**Response 41:**

Mr. Kushner is not aware of this transfer and if any such transfer occurred, it has [...]th him. See Responses 2 and 4.

Skip to content

> *30. Please describe your connection to or relationship with Felipe Vidal (also known as Ludin Castillo, also known as Max).*

**Response 42:**

Mr. Kushner does not and did not have any relationship with Felipe Vidal, much less a financial relationship. Mr. Kushner does not know him and did not interact with him or have any involvement with him.

> *31. What was your understanding of Felipe Vidal's role in the UAE bank account you had access to?*

**Response 43:**

See Responses 2 and 42.

> *32. What was your role in the transfer of at least $80M from the UAE account to Mr. Vidal in 2019?*

**Response 44:**

See Responses 2 and 42.

> *33. Were you aware that Mr. Vidal worked for both the CIA and Mossad at different points in his career?*

**Response 45:**

See Response 42.

> *34. Were you aware that Mr. Vidal participated in the 2010 assassination of the Hamas commander in Dubai?*

**Response 46:**

See Response 42.

Skip to content

> *aware that Mr. Vidal was a self-described hitman?*

**Response 47:**

See Response 42.

> *36. Have you and Mr. Prince ever discussed Mr. Vidal?*

**Response 48:**

See Responses 5 and 42.

> *37. Were you aware of Israel and the UAE's role in the May 2019 tanker explosions off the coast of the UAE?*

**Response 49:**

That is not something Mr. Kushner has knowledge of.

> *38. Are you aware of the circumstances surrounding the August 2019 death of UAE citizen Habib Al Sayegh?*

**Response 50:**

No.

> *39. Did you inform President Trump of your involvement with Mr. Prince and the UAE's effort to provide military support to Khalifa Haftar's effort to overthrow the GNA?*

**Response 51:**

See Responses 4 and 5. Mr. Kushner was not involved in any respect with any attempted overthrow of Libya's Government of National Accord.

> *40. Did President Trump authorize you, Mr. Prince, or any other U.S. citizen in the Libya effort?*

**Response 52:**

See Responses 4, 5 and 51.

Skip to content

> *describe your role and efforts in arranging for the president to speak with Mr. Haftar by phone in April 2019?*

**Response 53:**

See Response 4 and 51. Mr. Kushner was never a conduit to Mr. Haftar, including any communications on behalf of the President of the United States.

> *42. My reporting indicates that during your April 2017 visit to Doha, you explicitly complained to Qatari government officials that they did not move forward with your father's proposal to invest in 666 Fifth Avenue. Is this accurate?*

**Response 54:**

Your reporting is incorrect. See Response 3.

> *43. Please describe your role in President Trump's firing of Secretary Tillerson.*

**Response 55:**

It was solely the decision of President Trump to remove Secretary Tillerson from his role.

> *44. Did MBZ condition any money made available to you on the removal of Mr. Tillerson from his position as Secretary of State?*

**Response 56:**

No. See Responses 2 and 55.

> *45. My reporting indicates that following Mr. Tillerson's firing, you requested MBZ transfer funds for your benefit. Is that accurate?*

**Response 57:**

Your reporting is incorrect. There was no transfer or request for transfer. See Response 2.

> *46. My reporting indicates that in late April 2018, MBZ transferred money for your benefit through an account in Cyprus. What was the purpose of this transfer?*

Skip to content

**Response 58:**

Your reporting is incorrect. There was no transfer or request for transfer. See Response 2.

> *47. Did you ever condition White House support for or against the 2017 blockade of Qatar on receiving any benefit of any kind from a foreign government directly involved in the blockade?*

**Response 59:**

See Responses 3 and 34. No. Mr. Kushner never suggested or conditioned any action on behalf of the U.S. Government on receiving any benefit to himself, and never asked, implied or sought such a benefit.

> *48. Please describe the circumstances and your role in Emir Tamim Al Thani's April 2018 visit to the White House.*

**Response 60:**

Mr. Kushner likely attended the meeting.

> *49. Please describe your awareness and involvement in the Qatar government's decision to invest in 666 Fifth Avenue via QIA and Brookfield.*

**Response 61:**

See Response 3. Again, Mr. Kushner was divested from 666 Fifth Avenue and had no knowledge of the proposed transaction and did not do anything to influence it.

> *50. Is it fair or accurate to describe your role in U.S. foreign policy during your time at the White House as a pay-to-play arrangement? Why or why not?*

**Response 62:**

See Response 34. No. That is unfair, inaccurate, and totally false—Mr. Cole is accusing Mr. Kushner of violating federal laws and the U.S. Constitution without any

Skip to content

…pe by this point you are seeing the ridiculousness of this line of questioning.

> *51. Did you ever discuss the UAE's efforts to illegally interfere with the 2016 presidential election?*

**Response 63:**

Mr. Kushner never had any such discussions, and he is unaware of any such interference.

> *52. Do you have a comment or response about those efforts, as previously described in the charging documents of George Nader?*

**Response 64:**

See Response 63. Mr. Kushner is not aware of this and has no comment on this.

> *53. My reporting indicates that you agreed to support MBS, MBZ, and Netanyahu's effort to replace King Abdullah with his half-brother Hamzah. What was the advantage, from your perspective, of replacing the Jordanian king?*

**Response 65:**

Your reporting is incorrect. Mr. Kushner was not aware of or involved in any efforts or discussions on this matter. The premise of this question—that Mr. Kushner supported the efforts of these foreign leaders to replace another foreign leader—is totally false.

> *54. Did President Trump authorize you to make direct calls to Mr. Netanyahu during your Iran negotiations in Geneva?*

**Response 66:**

The premise of this question is false. Mr. Kushner did not speak to Netanyahu during the negotiations in Geneva. See Response 34. Mr. Kushner has conducted all of his volunteer activities in support of the President's requests consistent with the

**Skip to content** and requirements and has worked at all times alongside and in

support of the U.S. Government employees and representatives leading the peace negotiations.

> *55. Was he aware of your communications with Netanyahu at the time?*



See Response 66.

> *56. As an envoy for the U.S. president, does briefing the Israeli prime minister during those negotiations represent a conflict of American interests?*

**Response 68:**

See Response 66.

> *57. Did President Trump authorize you to make direct calls to Mr. Netanyahu during your Iran negotiations in Islamabad?*

**Response 69:**

See Response 66. Mr. Kushner did not speak to Netanyahu during the negotiations in Islamabad.

> *58. Was he aware of your communications with Netanyahu at the time?*

**Response 70:**

See Responses 66 and 69.

> *59. You told 60 Minutes: "What people call conflicts of interests, Steve and I call experience and trusted relationships that we have throughout the world."*

**Response 71:**

Correct, that is a statement Mr. Kushner made during a conversation with 60 Minutes. The strong relationships Mr. Kushner has developed over the last decade [Skip to content] role in ending the war in Gaza, freeing the hostages, and recovering the bodies of the 28 murdered hostages.

> *60. Is it fair to describe negotiating American foreign policy while secretly accessing foreign government money as a conflict of interest? If it is not, can you explain why?*

**Response 72:**

That is both unfair and inaccurate if used to describe Mr. Kushner's actions. The premise of your question is totally false and the allegation is defamatory. Mr. Kushner never accessed foreign accounts and always followed all rules and regulations and only pursued goals that were in the best interest of the United States as directed by the President of the United States. Finally, Mr. Kushner stands by his strong track record of diplomatic successes and is very proud of the results he has delivered for the American people and the world.

---

## C. July 12 Email

Below is a response to the factual assertion and question in your July 12 Email.

> *My reporting indicates that on April 28, 2018, the UAE government transferred $50 million from an FAB bank account to an account in Cyprus for you. Why did the UAE make that specific $50 million transfer for you?*

**Response 73:**

Your reporting is incorrect. See Response 2. Mr. Kushner does not have an account in Cyprus and he never received any such transfer.

* * * * *

Based on your questions, it seems that you have received bad information or are [obscured]ating false accusations for a purpose we cannot comprehend. If the

Skip to content

former, hopefully these answers will help you move on from these claims or go back and try to substantiate them with facts which we are confident do not exist.

## Notes

1. Capitalized terms not otherwise defined herein shall have the meaning given to them in the July 30 Letter. ↩

Jared Kushner

CONNECT X Instagram Truth Social

© 2026 Jared Kushner. All rights reserved.

Posts