𝕏

← **Post** **Log in** Sign up

**Steven Cheung** @StevenCheung47

This bullshit Vanity Fair article comes from a book that is complete fiction, and was fabricated from the warped mind of failed spy thriller writer. He presents no evidence or even a shred of documentation. Just mysterious words from unnamed sources.

TOTAL FAKE NEWS!

> **Jared Kushner** @jaredkushner · Oct 22
> .@VanityFair posted an excerpt from a book containing outrageous and categorically false allegations.
>
> The allegations made by this author are completely insane and never happened. We denied every one of these claims on the record, yet the author …
>
> 'as a signatory or the owner, Jared was requ
> d the Internal Revenue Service to disclose
> proved by the US government and reported
> ha account may have violated US law. (A la
> ny knowledge of or connection to Al Falasi
> ed that he had complied with all legal requ
> )
>
> sed his messag
> etanyahu. Wit
> nect MBZ's pay
> Beta account. (A
> h, any UAE mo
> 's behalf. "I kno
> he specific alleg
> ." Kushner's co
> that "there are

8:24 PM · Oct 22, 2026 · **94.1K** Views

910 443 1.7K 45

**connor** @ConnorEatsPants · Oct 22
It's pathetic how the media goes after the Trump family! Bless you Steven for defending God's chosen! ❤️ #WeLoveYouSteven

22 9 414 11K

**Adam Kinzinger (Slava Ukraini)** USUA @AdamKinzinger · Oct 22




50 13 367 3.7K

**Weak Game** @WeakGameForever · Oct 22

Everyone knows that Kushner was bailed out by the Quataris and got billions from the Saudis. He wields US foreign policy for his own profit.

1 5 232 2.6K