POLITICS

# Jared Kushner's Hacked Phone Revealed Over $2 Billion in Secret Funds, Report Claims

Gulf leaders provided Kushner with thousands of millions across accounts intended for diplomatic operations and, in one instance, his own personal benefit, Vanity Fair claimed.



By **Matias Civita** in

**Published** 10/23/26 AT 11:07 AM EDT



Exhibit 6



Gulf leaders allegedly provided Kushner with at least $2 billion across accounts intended for diplomatic operations and, in one instance, for his own personal benefit. (PHOTO: AL DRAGO/GETTY IMAGES)

Dutch intelligence officers monitoring Jared Kushner's hacked iPhone allegedly uncovered access to a United Arab Emirates bank account holding hundreds of millions of dollars, according to an excerpt from a new book.

The excerpt from "Princes and Thieves: Jared Kushner and Mohamed bin Zayed's Secret Plot to Remake the Middle East" written by Matthew Cole, alleges that Gulf leaders

provided at least $2 billion across accounts intended for diplomatic operations and, in one instance, Kushner's personal benefit.

READ MORE

**Trump Called Musk To Restore Ukraine's Access to Key Satellites. They Began Working Shortly After.**

**Tensions in the Gulf Keep Climbing. Washington Reportedly Prepares to Order the Departure of Some Personnel from Embassies.**

Kushner's lawyers denied the alleged accounts existed and rejected allegations of wrongdoing. The claims continue to be allegations, rather than established findings by a court or publicly identified investigation.

The passage of the book, published by Vanity Fair, alleges that surveillance began with an unrelated intelligence operation. In late 2017, the Netherlands' military intelligence service, known as MIVD, allegedly recruited a Russian operative after threatening him with arrest for espionage in Britain.

The operative subsequently provided access to a Russian military intelligence server in Rostov. Dutch officers searching its contents then reportedly discovered screenshots from Kushner's iPhone.

By early 2018, the Dutch had allegedly developed their own access to the device. Their surveillance allowed them to capture what appeared on its screen while Kushner used it, rather than remotely activate its camera or microphone.

That access allegedly revealed Kushner logging into an Emirati bank account funded through a bank in Azerbaijan. Cole calls this the "Alpha" account. It reportedly held roughly $750 million contributed beginning in 2017 by Saudi and Emirati leaders. The magazine alleges the money supported unofficial foreign policy objectives involving Kushner and UAE leader Mohamed bin Zayed.

The account was allegedly held at First Abu Dhabi Bank under the Watani Al Emarat Foundation, an Emirati charity. Kushner reportedly had signing authority, although he did not own the account. A confidential source cited by Cole alleged that the foundation also provided cover for secret Emirati military and intelligence spending overseas.

Kushner's lawyer denied that he had any knowledge of or connection to the charity, its then-leader Dherar Belhoul Al Falasi, or a UAE bank account. His team also maintained that Kushner complied with legal requirements in his dealings with foreign governments.

The investigation separately describes an alleged "Beta" account in Israel. According to the report, Mohamed bin Zayed moved approximately $1 billion through Azerbaijan to Israel by spring 2018, with the money allegedly designated for Kushner's benefit.

Cole writes that the funds were placed at Israel's central bank and that then-U.S. Ambassador David Friedman allegedly relayed messages concerning transactions to Israeli Prime Minister Benjamin Netanyahu.

Friedman categorically denied the account of his involvement. "I know absolutely nothing about any of these allegations," he told the magazine, calling the specific claims concerning him "100% false."



Drain Edema Fluid: Do This If You Have Swollen Feet Or Ankles
8,485


Why The Richest Man Alive Lives An A $50,000 Shack
17,857

Sponsored Ad

Kushner's counsel likewise rejected the alleged Israeli arrangement, saying "there are no accounts and never were." The report also describes a separate Emirati payment to Israel intended to finance emergency defense against a major Iranian attack. It presents that arrangement as distinct from the two accounts allegedly connected to Kushner.

Cole reports that four former senior Trump administration officials were unaware of presidential authorization for Kushner to access a foreign government account. Kushner's counsel said his foreign dealings were agreed to by Trump and served U.S. interests.

A former Mueller investigation prosecutor told Cole that an exchange of promised official action for foreign money could potentially implicate bribery and foreign-agent laws. That conditional assessment does not establish a violation. Kushner's lawyer denied that he broke any laws while serving in the White House, leaving the magazine's central allegations directly contested by his representatives.

PHONE ISRAEL

© Copyright IBTimes 2026. All rights reserved.

Request a Correction Editorial Guidelines

PROMOTED CONTENT

mgid




Printivity.Com

**Memorable Training Materials**




SecureMyConcealedPermit

**New York Gun Owners: Last Week To Get Carry Permit Overnight**



SecureMyConcealedPermit

**Gun Owner Over 60? Claim Your Concealed Carry Permit Overnight**



The Sleep Digest

**Side Sleepers Get Achy Shoulders, Few Know This "Pillow" Trick**

**PROMOTED CONTENT**

mgid




**Memorable Training Ma**

Ad by **Printivity.com**



Isle Blue

**Privately unforgettable**



Nazuna Kyoto Nijo-Jo

**Don't forget your weekend away**



Beacon Hill

**Make Money And Make A Difference: Your Dream Career Is Waiting**



AirCar System

**Flying Car Startup Is Now Open To Investors - $1 Per/share**

NEWS

FEATURED

ABOUT

EDITIONS

FOLLOW US

- Facebook
- Twitter
- LinkedIn
- Flipboard
- Instagram
- Newsletter

INTERNATIONAL BUSINESS TIMES

© Copyright 2026 IBT Media Inc. All Rights Reserved.