# Breaking News

from Washington and beyond

Most Recent Post

# Jared Kushner Threatens to Sue Over Damning Phone Hack Report

Share This Story

A bombshell report exposed Kushner's close financial ties to foreign governments.



This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

Cookie preferences

**Ensure our investigative pieces, political dispatches, and cultural critiques are front and center when you search. Prioritize TNR on Google.**

Jared Kushner threatened to sue *Vanity Fair* for publishing an excerpt of a forthcoming book describing how the president's son-in-law oversaw foreign slush funds filled by the leaders of the United Arab Emirates and Saudi Arabia.

In the new book *Princes and Thieves: Jared Kushner and Mohamed bin Zayed's Secret Plot to Remake the Middle East*, author Matthew Cole revealed that Kushner oversaw roughly $2 billion in secret foreign bank accounts filled by the Saudis and Emiratis.

In a post on X Thursday, Kushner claimed the allegations were "completely insane and never happened."

"These are outrageous fabrications being presented as investigative journalism. This is not journalism. It is a mixture of fantasy, fiction, and advocacy, written by someone who is either deeply disturbed or acting with sinister intent," he wrote.

Kushner's lawyer, Chad Mizelle, also hit back at the *Vanity Fair* article on behalf of his client—and threatened to sue the publication.

"Before publication, we sent Simon & Schuster a detailed 13-page letter responding to and categorically denying the extraordinary allegations made against my client, Jared Kushner, and challenging the total absence of supporting evidence," Mizelle wrote on X.

"Vanity Fair has now published an excerpt amplifying these false and defamatory allegations. We have seen no credible evidence substantiating any of these claims, and we question what independent verification Vanity Fair conducted before publishing them," he wrote. "We intend to pursue legal action against those

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

"Any allegation that Mr. Kushner knew of, had access to, had authorizations for or engaged in or directed any conduct related to any government-funded or government-linked bank account is totally false and defamatory," the letter stated.

Speaking to reporters Friday, Donald Trump denied the potentially damning story about his son-in-law. "It's a false story. It's a false story. It's a totally false story. It was totally an incorrect story. It was just fake news. Amazing," Trump said.

The allegations contained in Cole's book carry considerable legal weight. In 2017, Kushner was a government employee who worked in the White House, meaning he was required to submit both public and confidential financial forms and disclose any bank account to which he had access as a signatory or beneficiary. Kushner also failed to disclose himself as an agent of a foreign government, having been paid nearly $2 billion in total by foreign leaders. If he offered anything in return for the money, even just conversations with his father-in-law, then he would have violated U.S. bribery laws and the foreign agent statute.

Read about the report:
**Kushner Phone Hack Reveals How Middle East Dictators Bought Him Off**

Share This Story

Most Recent Post

# Hacked Docs Reveal How Germany's Far-Right AfD Has Been

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

Beatrix von Storch, deputy chair of the AfD parliamentary group in the Bundestag, speaks at a campaign rally in September.

MARKUS SCHOLZ/PICTURE ALLIANCE/GETTY IMAGES

Beatrix von Storch, deputy chair of the AfD parliamentary group in the Bundestag, speaks at a campaign rally in September.

Hafiz Rashid /
October 23, 2026 / 10:57 a.m. ET

---

The far-right Germany political party German Alternative für Deutschland, or AfD, has tried to enlist support from President Trump and his MAGA allies for over a decade.

*The Guardian*, citing a data leak from the AfD, reports the party has lobbied Trump

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

Distributed Denial of Secrets, a hacker activist group.

After Trump's election, the AfD didn't just congratulate him but asked that he support its efforts to remove the "enemy state" clause from the U.N. charter, a post–World War II vestige that allows action against "any state which during the second world war has been an enemy of any signatory." The clause is irrelevant today, but the AfD, alone among German political parties, sees it as an attack on German sovereignty.

AfD leaders also sought to make contact with Richard Grenell, who during Trump's first term was ambassador to Germany, but was unsuccessful, and pursued contacts with former White House adviser Steve Bannon, according to the leaks.

The party holds hardline anti-immigration and Islamophobic views, and some of its members have displayed sympathies and connections to Nazism. The party's leader in the Thuringia region, Björn Höcke, was convicted of using a banned slogan from the Nazi Party's paramilitary wing in 2024. AfD is currently leading national polls with 30 percent support in Germany's multiparty democracy, and in September, it won 43.8 percent of the vote in the state of Saxony-Anhalt, where it is trying to form Germany's first far-right state government since the Nazis.

German intelligence labels the AfD as a suspected domestic extremist organization. Germany's leading political parties refuse to govern or form any coalitions with it. That hasn't stopped Trump and his MAGA allies from praising the group. Vice President JD Vance, as well as numerous State Department employees, have frequently met AfD politicians, including the party's leader, Alice Weidel.

The party's deputy leader, Beatrix von Storch, and her husband, Sven, were at Trump's "Make America Great Again Victory Rally" just before his inauguration last year, and Storch bragged in a newsletter that she met Steve Bannon and Donald Trump Jr.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

More in world news:

**Elon Musk and Trump Were Both in on Ukraine Starlink Shutoff**

Share This Story

Most Recent Post

# Trump Hit With Ominous Poll as Young Men Walk Away From MAGA

Share This Story

Donald Trump is losing a key base that helped him clinch victory in 2024.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

Malcolm Ferguson /
October 23, 2026 / 10:44 a.m. ET

President Trump is losing young men.

Recent numbers from the Harvard Youth Poll show that confidence in Trump's ability has cratered among men under the age of 30, with nearly 70 percent of them disapproving of his performance in his second term. That same number also disapproves of the Republican Party at large.

Seventy-four percent of men under 30 disapprove of how Trump has handled the economy, with the majority of them saying that their financial situations had either gotten worse or remained unchanged since he entered office. Furthermore, over half of young men said they're entering midterms with the frame of mind to vote against Republicans rather than for Democrats, and 42 percent said their vote was a "vote in opposition to President Trump and his policies"—perhaps an indictment of both Trump and the Democratic establishment.

Trump's success with young men was a key factor in his 2024 election victory against Vice President Kamala Harris. Men under 30 turned away from Democrats in droves, shifting nearly 30 points to the right since 2020. But much like the Black and Latino red wave that Republicans bragged about after that election, their ability to keep young men in their base has been fleeting. Rising costs, uncontrolled development of artificial intelligence, a lack of future security, and a general disapproval of the direction of Trump's administration are all playing a part. Aside from the men, only 9 percent of young Americans in general think that the country is currently going in the right direction—presenting an ominous message for Trump as midterms rapidly approach.

View the full polling here.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

Share This Story

# Trump Crashes Out After Discovering Ilhan Omar Has a Maiden Name

Share This Story

Donald Trump, whose three wives have all taken his last name, claimed this was further proof of fraud by the Democratic congresswoman.

ANNA MONEYMAKER/GETTY IMAGES

Ellie Quinlan Houghtaling /
October 23, 2026 / 10:33 a.m. ET

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

"It was just revealed that Ilhan Omar's name is not Ilhan Omar, the one she used to get elected and sworn into Congress, but rather, it's an entirely different name, Ilhan Nur Said Elmi," Trump wrote on Truth Social Thursday night, dredging up a practically ancient GOP attack against the Somali-born lawmaker that baselessly accused her of marrying her brother.

To iron out the record: Omar's birth name is Ilhan Abdullahi Omar (a spokesperson for the representative confirmed this to Fox News). Trump's grand evidence that Omar's ex-husband was actually her brother appears to be that they shared a last name—a cultural expectation of women when they tie the knot. Her decision to keep using "Omar" after their marriage would also strike married women as resoundingly normal, as many career women keep using their maiden names in the workplace to minimize confusion.

"When asked whether or not she married her brother, she said, 'Not to my knowledge.' In other words, she somehow didn't know?" Trump continued. "Therefore, because she used a fake name to be sworn in, I assume she must IMMEDIATELY resign from Congress."

The president insisted that Omar should "not be legally allowed to be a member of this August Body from this point forth" because of the Republican-created controversy.

MAGA conservatives have rumbled for years—without evidence—that Omar married her brother as a form of immigration fraud to enter the U.S. The conspiracy first emerged during her 2016 campaign for the Minnesota state legislature in a since-deleted post on the conservative blog Power Line, where an anonymous source was quoted as saying that Omar's ex-husband, Ahmed Nur Said Elmi, was related to her by blood.

Omar has vehemently and repeatedly denied the unfounded allegations, which have been disproven by her marriage certificate. Responding to the conspiracy in 2016

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

uncover evidence that her age did not match her original citizenship paperwork. Omar told reporters that agents "went room by room" and "took 17 items."

In a statement at the time, Omar called it "an outrageous abuse of power and an unprecedented escalation in the weaponization of federal law enforcement to target political enemies." In an interview with MS NOW, the longtime Trump critic said the raid was "designed" to freak her out.

Nonetheless, Omar decided Thursday that the raid had made her living situation in Washington unfeasible.

"Obviously, I can't continue to live there," she told MS NOW. "So we have to figure out where to move to because our address has been public, and with the death threats that I deal with, it's no longer going to be feasible to be in that house and have my kids visiting off and on, having people track them."

Read more about Omar:
**Trump's Border Czar Hints at Sick Next Steps to Target Ilhan Omar**

Share This Story

Most Recent Post

# Trump Repeatedly Short-Circuits During Rally Speech

Share This Story

Donald Trump once again kept interrupting himself to make strange noises.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

KENT NISHIMURA/AFP/GETTY IMAGES

Edith Olmsted /
October 23, 2026 / 10:11 a.m. ET

---

President Donald Trump won't stop inserting wild sound effects into his already incoherent rants.

After holding 21 campaign rallies in the span of just two months, the evidently exhausted 80-year-old president appeared to short-circuit repeatedly during a rally in Iowa Thursday.

"If you don't want Communists controlling the Senate, which is between

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

**Aaron Rupar**
@atrupar · **Follow**

Trump: "If you don't want communists controlling the US Senate, which is between JAIIIIIIT"

Watch on X

8:19 PM · Oct 22, 2026

13.4K Reply Copy link

Read 721 replies

Trump was referring to Michigan Senate candidate Abdul El-Sayed, who is Muslim and a Democrat—not a Communist or jihadist.

Later, in a desperate attempt to appeal to normal people, Trump once again pretended he could relate to struggles with landscaping equipment, with some ... creative insertions.

"You got to be very smart to turn on a lawnmower. I don't want you to have to think too much. I'd like you to POWW or BIIING," Trump said.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

**Aaron Rupar**
@atrupar · **Follow**

Trump: "I don't want you to have to think too much. I'd like to koohhhhh or biiiiiiing"

Watch on X

9:05 PM · Oct 22, 2026

7K Reply Copy link

**Read 146 replies**

It appears that Trump's post-verbal outbursts are becoming a commonplace communication tactic for the commander in chief.

At a rally in South Carolina Wednesday, Trump declared "EUHH" when discussing former South Carolina Governor Nikki Haley, announced "PEW, PEW, PEW" when lying about his unlawful military strikes on alleged drug smuggling boats, and shouted "POW" when describing how oil would supposedly flow when his extended military campaign against Iran finally ends.

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.

The TNR Blue Book

**Get daily scoops, strategy, and developments inside the liberal ideas factory delivered right to your inbox.**

**It's free. Sign up.**

**Read More:** Politics, Law, Supreme Court, Constitution, Foreign Policy, Health Care, Economic Inequality, Taxes, Washington

This website uses cookies and other tracking technologies ("Cookies") to enhance user experience, to display targeted ads, and to analyze performance and user activity on our website. We also may share information about your activity on our website with our advertising and analytics providers. For more information about our use of Cookies and our privacy practices, see our Privacy Policy. By continuing to use this website, you agree to our Terms and Conditions, including our dispute resolution provisions.