# 'It's a Totally False Story:' Trump Slams Vanity Fair Story on Jared Kushner

Jennifer Bowers Bahney | Oct 23rd, 2026, 11:35 am

Share 70 comments




Want to avoid video ads? Subscribe to MEDIAITE+

President **Donald Trump** called the bombshell *Vanity Fair* article on his son-in-law **Jared Kushner's** alleged Middle Eastern dealings, "a totally false story."

*Vanity Fair* published an excerpt from former Intercept reporter **Matthew Cole's** upcoming book, *Princes and Thieves*, which claims Kushner's phone was hacked which lead to the revelation of secret bank accounts and $700 million in foreign transactions.

In one excerpt, Cole claims that "MBZ (UAE President **Mohamed bin Zayed Al Nahyan**) and MBS (Saudi Crown Prince **Mohammad bin Salman**) initially, and then MBZ alone, put at least $2 billion into at least two bank accounts for Kushner."

Exhibit 8

The article also alleges that approximately $1 billion was intended for Kushner's personal benefit.

During a gaggle outside the White House Friday, a reporter asked, "There's a book out that says Jared Kushner had access to $2 billion from Middle Eastern countries."

"It's a false story," Trump shot back. "No, it's a totally false story. It was totally an incorrect story. It was just fake news. Amazing."

Kushner, who serves as Trump's special envoy to the Middle East among other places, called the allegations "outrageous and categorically false," and "completely insane."

*The Jerusalem Post* removed its report on the story Friday morning, claiming it found "significant factual questions" about the allegations.

**The Jerusalem Post**
@Jerusalem_Post · **Follow**

A statement from The Jerusalem Post:

**allegations from Matthew Cole's forthcoming book about Jared Kushner.**

**Upon further review, we identified significant factual questions about the alleged financial transactions, including whether the banking arrangements described could have operated as claimed.**

**The Bank of Israel does not maintain personal accounts. Cole's allegation that a government account was used for Kushner's benefit was presented without banking records identifying the account's holder or authorized signatories, or establishing Kushner's access to its funds.**

**We have requested supporting evidence from Mr. Cole and will report on any verifiable information we receive.**

**Our responsibility is to ensure that serious allegations are supported by credible evidence before presenting them to our readers.**

7:54 AM · Oct 23, 2026

418 Reply Copy link

Kushner's lawyer **Chad Mizelle** praised the outlet's decision to remove its report on the article, writing, "We welcome independent scrutiny of the facts and encourage every publisher repeating these claims to demand the same documentation."

Watch the clip above via CNN.

***The Mediaite One-Sheet "Newsletter of Newsletters"***
*The single summary and analysis of what the many, many media newsletters are saying and reporting from both sides of the aisle. Subscribe now!*