yahoo!news Sign in

Search the web

Top Stories: 'Widespread system outage' hits United | Online outages at major banks | JPMorgan blame

GLOBE Follow

# Jared Kushner Calls Explosive Book 'Insane' as Claims of a Hacked Phone and $2 Billion Fund Surface

Jennifer Mashuga
Fri, October 23, 2026 at 5:45 PM EDT · 2 min read

Add Yahoo on Google 69



Ron Sachs / CNP / MEGA

Jared Kushner dismissed claims in a forthcoming book about his time as a senior adviser to **President** Donald Trump on Thursday, October 22, calling them "outrageous" and "categorically false."

That same day, *Vanity Fair* published excerpts from *Princes and Thieves: Jared Kushner and Mohamed bin Zayed's Secret Plot to Remake the Middle East*, by investigative journalist **Matthew Cole**. The book alleges that a Russian operative shared screenshots from the phone of the 45-year-old Kushner with the Dutch government.

According to the book, the alleged hack gave Dutch officials a window into everything on the device each time Kushner opened it. It claims they uncovered a network of spies and mercenaries, as well as billions of dollars he could allegedly use at his discretion.

ADVERTISEMENT

Cole writes that the United Arab Emirates' ruler, **Mohamed bin Zayed (MBZ)**, and Saudi Arabia's crown prince, **Mohammed bin Salman (MBS)**, set up accounts for Kushner holding about $2 billion, allegedly to sway the first Trump administration toward their goals.

"By giving him access to roughly $2 billion, regardless of how the money was used, MBZ and MBS were paying for his influence within the US government," reads one excerpt.



ZUMAPRESS.com / MEGA

Kushner responded in an October 22 X post, saying the author's allegations "are completely insane and never happened."

"We denied every one of these claims on the record," he wrote. "Yet the author failed to provide a single shred of evidence to substantiate any of them. No bank statements, wire transfer records, account numbers, transaction dates, or other verifiable details were provided."

ADVERTISEMENT

He went on to attack the work itself.

"This is not journalism," Kushner wrote. "It is a mixture of fantasy, fiction, and advocacy, written by someone who is either deeply disturbed or acting with sinister intent."

Kushner's attorney, **Alejandro Brito**, also weighed in. A letter from Brito to Cole's publishers, posted on Kushner's website, warns that Kushner will "pursue any and all of his legal and equitable rights" if the book is published.

**Read More From Globe**

- Vanessa Trump Announces She's Officially Cancer-Free Six Months After Revealing Diagnosis
- Convicted Sexual Predator Caught Trying to Enroll in High School as a Teen Girl for the Second Time
- Hero Who Took Down Oregon Elementary School Shooter Speaks Out for First Time Since Tragedy

ADVERTISEMENT

This story Jared Kushner Calls Explosive Book 'Insane' as Claims of a Hacked Phone and $2 Billion Fund Surface first appeared on *Globe*. Follow **Globe** on **Yahoo** so you don't miss what's coming next.

**View comments (69)**

Terms and Privacy Policy Privacy Dashboard About Our Ads

## Recommended articles

yahoo!news

Yahoo!

US

Politics

2024 Election

World

Health

Science

The 360

Contact Us

Originals

Terms and Privacy Policy

Privacy Dashboard

Help

Share Your Feedback

About Us

About Our Ads

Site Map

© 2026 Yahoo. All rights reserved.