PGURUS


REAL ESTATE AGENT
Miriam Dunn
RE/MAX Prime Properties
1 Deal in North Street, NY
27 Total Deals

Homes.com
View Agent

POLITICS · BUSINESS · BOOKS · CULTURE

Home › Politics › US Politics › "Completely Insane": Kushner Slams Explosive Book Claims of Hacked Phone and Secret

Politics | US Politics

# "Completely Insane": Kushner Slams Explosive Book Claims of Hacked Phone and Secret Gulf Millions

*A book excerpt alleges Dutch intelligence watched Kushner's phone and found secret UAE accounts. Here is what it claims and how he replied*

By **PGurus Newsdesk** - October 23, 2026




*Russian server, Dutch spies, Gulf millions?*

## Former US ambassador David Friedman, named in the book, calls the allegations about him "100% false."

**Jared Kushner** has gone on the offensive against a book excerpt that paints him as the centre of a secret **Gulf money web**. He called its claims "**completely insane**" and insisted none of it ever happened.

BOOKS



Who Painted My State Purple? A political thriller for the age...



Osho- The Acharya who always thought ahead of his times



Book review: A guide towards leadership



Book review: An introduction to the world of chips, microprocessors &...



Book review: Ismat Ara's 'Under a Saffron Sky'

Exhibit 10

centre of a secret **Gulf money web**. He called its claims "**completely insane**" and insisted none of it ever happened.

The excerpt appeared in Vanity Fair on Thursday. It comes from Princes and Thieves: Jared Kushner and Mohamed bin Zayed's Secret Plot to **Remake the Middle East**, a forthcoming book by **Matthew Cole**, a former Intercept reporter.




Cole's account starts with a phone. He alleges that Dutch intelligence found screenshots of Kushner's iPhone on a server run by **Russia's military intelligence**, then exploited a flaw in the device and watched his screen from early 2018. According to the book, those images showed Kushner logging into a UAE bank account that had received hundreds of millions of dollars through **Azerbaijan**. Vanity Fair put the figure at more than **$700 million** in transfers.

The claims escalate from there. Cole alleges that the rulers of **Saudi Arabia** and the UAE placed at least **$2 billion** into at least two accounts for Kushner during **Donald Trump**'s first term. He further claims UAE President **Mohamed bin Zayed** arranged one transfer and that Israeli Prime Minister **Benjamin Netanyahu** encouraged depositing the money in Israel. Former US Ambassador to Israel **David Friedman** is alleged to have carried messages between the two men. Friedman rejects this outright, saying he knows nothing about it and calling the allegations about him "**100% false**."

Kushner's camp has answered with equal force. His lawyer says Kushner broke no laws and has no link to any **UAE account**, adding that there were never any such accounts. Kushner himself used X to call the author's claims categorically false and "**outrageous fabrications**."

The excerpt lands on ground that is already contested. After leaving the **White House**, Kushner's firm, Affinity Partners, received a **$2 billion investment** from a **Saudi sovereign wealth fund** led by Crown Prince **Mohammed bin Salman**, a deal ethics watchdogs have questioned. That investment is separate from the book's allegations, which remain unproven.

*For all the latest updates, download PGurus App.*

Author Recent Posts

BOOKS




Who Painted My State Purple? A political thriller for the age...




Osho- The Acharya who always thought ahead of his times




Book review: A guide towards leadership




Book review: An introduction to the world of chips, microprocessors &...




Book review: Ismat Ara's 'Under a Saffron Sky'