Founded by Stefano Vaccara lun 16 novembre 2026, 23:44 Mon, November 16, 2026 at 17:44 SUBSCRIBE FOR ONLY $6/YEAR Login

VNY La Voce di New York

– america Oggi 1988 –

Editor in Chief: Giampaolo Pioli The First Italian English Digital Daily in the US English Editor: Grace Russo Bullaro



News October 23, 2026

# Kushner Denies Vanity Fair Claims of Secret Funds from UAE, Azerbaijan

## A forthcoming book alleges Dutch intelligence monitored the Trump envoy's phone after finding traces on a Russian agent's server

AT *Amelia Tricante*

Exhibit 11

Gestisci consenso



*Jared Kushner /ANSA*

Time: 3 mins read

Jared Kushner has called "completely insane" the claims made in a new Vanity Fair report alleging Dutch intelligence monitored his phone and uncovered purported secret financial arrangements with Middle Eastern governments. "None of this ever happened," President Trump's special envoy and son-in-law wrote on X Thursday.

The piece, written by Matthew Cole and excerpted from his forthcoming book, *Princes and Thieves: Jared Kushner and Mohamed bin Zayed's Secret Plot to Remake the Middle East*, claims Dutch intelligence obtained screenshots of Kushner's phone found among files on a Russian military intelligence operative's server, then began monitoring his phone activity. According to the account, officials identified a UAE-linked bank account that had received hundreds of millions of dollars from a bank in Azerbaijan, specifically around $750 million transferred into an account at First Abu Dhabi Bank held by the Watani Al Emarat Foundation, a UAE government-funded charity. Kushner, the book claims, was a signatory on that account without owning it, a structure the author describes as a foreign policy fund meant to support the UAE's overseas military and intelligence operations.

## The second account, in Israel

The report also describes a separate account in Israel that allegedly received roughly $1 billion for Kushner's personal benefit. The author claims UAE President Mohamed bin Zayed Al Nahyan arranged the transfer, while Israeli Prime

Minister Benjamin Netanyahu pushed Kushner to have the money deposited in Israel, communicating through then-U.S. Ambassador to Israel David Friedman. Friedman has denied any involvement or knowledge, calling the claims about him "100% false": "I know absolutely nothing about any of these allegations," he said, according to the book, which also quotes Kushner's counsel saying Kushner "has no idea" about the account. The allegations have not been established as findings of wrongdoing.

## Kushner's defense

In his post, Kushner noted the report's lack of bank statements, wire-transfer records, account numbers or transaction dates, pointing to the media scrutiny, congressional investigations and special counsel probe he faced during that period, saying he cooperated voluntarily and gave more than 30 hours of testimony. "None of these allegations ever surfaced, because none of these events ever happened," he wrote, calling the report "a mixture of fantasy, fiction, and advocacy" and "outrageous fabrications being presented as investigative journalism." "We denied every one of these claims on the record, yet the author failed to provide a single shred of evidence to substantiate any of them," he added.

Thursday night, Kushner's attorney Chad Mizelle said the legal team had sent publisher Simon & Schuster a 13-page letter before publication denying the allegations and citing what he called a "total absence of supporting evidence." "Vanity Fair has now published an excerpt amplifying these false and defamatory allegations. We have seen no credible evidence substantiating any of these claims, and we question what independent verification Vanity Fair conducted before publishing them," Mizelle wrote on X, calling the book's central allegation "categorically false" and saying the team intends to pursue legal action against those responsible.

## The White House response

The administration accused Vanity Fair of publishing "baseless smears" against Kushner. "They'll lodge nefarious, baseless smears against people like Jared Kushner," White House principal deputy press secretary Anna Kelly wrote on X, defending Kushner's work for the administration, including efforts to bring home Israeli hostages and facilitate talks between Russia and Ukraine. Kelly accused the outlet of having "zero evidence," saying the report relied "on what two anonymous sources supposedly heard about, but never even saw for themselves, because these events didn't happen." White House Communications Director Steven Cheung called the piece "TOTAL FAKE NEWS," writing on X that the article "comes from a book that is complete fiction, and was fabricated from the warped mind of a failed spy thriller writer."

Democrats on the House Oversight Committee also weighed in, saying Kushner needs to "answer these questions before the American people" and describing the report as the latest in a series of serious allegations that Kushner has been "selling foreign policy to the highest bidder."

## Background

The allegations concern Kushner's activities during Trump's first term, when he served as senior White House adviser and played a central role in Middle East diplomacy. During Trump's second term, Kushner has again taken part in high-level diplomatic efforts as an envoy, including negotiations related to Gaza, Ukraine and discussions involving Iran, while also running Affinity Partners, a private equity firm that has received investments from Middle Eastern backers.

Share on Facebook    Share on Twitter    in

**Amelia Tricante**

AT

## DELLO STESSO AUTORE

**Brooklyn Collapse Landlord Was on City's Worst List Six Times**

Amelia Tricante

**Brooklyn, il proprietario del palazzo crollato era tra i "peggiori padroni di casa"**

Amelia Tricante

Editor in Chief: Giampaolo Pioli
–
English Editor: Grace Russo Bullaro
–
Founded by Stefano Vaccara



VNY Media La Voce di New York © 2016 / 2026
La testata fruisce dei contributi diretti editoria d.lgs. 70/2017
Main Office: 230 Park Avenue, 21floor, New York, NY 10169 | Editorial Office/Redazione: UN Secretariat Building, International Press Corps S-301, New York, NY 10017 | 112 East 71, Street Suite 1A, New York, NY 10021