# Kushner denies Vanity Fair allegation of undisclosed bank account



*President Donald Trump's Envoy Jared Kushner attends a meeting between President Donald Trump and Ukraine's President Volodymyr Zelenskyy during the United Nations General Assembly, Tuesday, Sept. 22, 2026, at the U.N. headquarters. (AP Photo/Julia Demaree Nikhinson) President Donald Trump's Envoy Jared Kushner ... more >*

Add us as a preferred source on Google

By Mary McCue Bell
*The Washington Times*
*Friday, October 23, 2026*

Jared Kushner criticized Vanity Fair for publishing an excerpt from an upcoming book alleging he had access to secret Middle East bank accounts.

President Trump's son-in-law denounced the magazine on Thursday, dubbing the book's mention of secret bank accounts tied to Israel, Saudi Arabia and the United Arab Emirates as "outrageous and categorically false allegations."

The excerpt comes from "Princes and Thieves: Jared Kushner and Mohammed bin Zayed's Secret Plot to Remake the Middle East" by Matthew Cole.

People were interested in these podcasts

Bold and Blunt
The bureaucracies...
Play Episode

Threat Status
Why satellite maneuverabi...
Play Episod

The Dialogue...
Can AI companies b...
Play Episod

Powered by JQMX

Vanity Fair published the excerpt alleging that foreign intelligence services hacked Mr. Kushner's phone and found he had access to a secret UAE bank account.

Mr. Cole alleges that Saudi Arabia and the UAE put about $750 million into the account starting in 2017 and that Mr. Kushner, then a senior White House adviser, was a signatory. The UAE ruler also allegedly moved about $1 billion to Israel for Mr. Kushner by spring 2018.

"The allegations made by this author are completely insane and never happened. We denied every one of these claims on the record, yet the author failed to provide a single shred of evidence to substantiate any of them," Mr. Kushner said on social media. "No bank statements, wire transfer records, account numbers, transaction dates, or other verifiable details were provided to support these extraordinary accusations."

Mr. Kushner said he voluntarily cooperated with investigations, adding that he provided over 30 hours of testimony.

**MY TIMES** VIEW ALL

COMMENTARY **Abdul El-Sayed's art of deception**

**Trump to attend trilateral meeting with Xi, Putin in China, White House confirms**

**New York triumphs in case over issuing truck driver's licenses to illegal immigrants**

"None of these allegations ever surfaced, because none of these events ever happened," he said.

Advertisement

Advertisement

A source who allegedly knew of the UAE's arrangement told Mr. Cole that Mr. Kushner promised the UAE president he would "push their agenda with Trump if they participated in a fund."

"Regardless of whether he was a signatory or the owner, Jared was required by federal government regulations and the Internal Revenue Service to disclose his access to the account," Mr. Cole writes. "Unless disclosed to and approved by the U.S. government and reported on his tax returns, Kushner's access to the [UAE] account may have violated U.S. law."

A lawyer for Mr. Kushner said he had no knowledge of or connection to a UAE bank account and complied with all legal requirements when dealing with foreign governments, according to the excerpt.

"This is not journalism. It is a mixture of fantasy, fiction and advocacy, written by someone who is either deeply disturbed or acting with sinister intent," he said.

Mr. Trump told reporters Friday, "It's a false story.

Advertisement

Advertisement

"It's a totally false story," Mr. Trump said. "It's fake news."

House Democrats have opened investigations into alleged conflicts of interest between Mr. Kushner's role as special envoy for peace and his private equity firm, Affinity Partners.

The watchdog group Citizens for Responsibility and Ethics in Washington also sued this month to block him from the role because he has not been confirmed by the Senate.

## Contact the author

**Mary McCue Bell**
mbell@washingtontimes.com

VIEW STAFF PAGE

FOLLOW AUTHOR UPDATES

REGISTER TO FOLLOW

Register to follow writers and manage your list.

**Manage followed authors**

Copyright © 2026 The Washington Times, LLC. Click here for reprint permission.

## STORY TOPICS

JARED KUSHNER | VANITY FAIR | MATTHEW COLE

**Please read our comment policy before commenting.**

CURATED FOR YOU

## MY TIMES

VIEW ALL →



### Trump says decades-old air traffic control equipment had a 'heart attack'



### United Airlines hit by sudden system outage



### Mars mission, moon base, potential orbital war: America's defining moment in space is here



### Democrats' life-and-death hypocrisy



Buttigieg warns against left-wing push to eliminate student debt



White House says agency officials now must get approval before testifying before Congress



Frustrated flyers drive thousands of miles during FAA ground stop



Latest migrant caravan must be stopped




Journalism groups sue Pentagon over 'media blacklist'



## Fears of global blackout on Tuesday connected to federal emergency test system



## Obama appointee Judge Judith E. Levy gives terror suspect Ahmet Korkaya a reprieve




## Chase, J.P. Morgan, Bank of America among multiple banks facing outages



## Trump urges Iran, Cuba to make deals – or else



**EXCLUSIVE**

## WATCH: NASA fast-tracks nuclear-powered spaceship, aims for interplanetary travel in 2028

## LATEST VIDEO

Advertisement