X

← **Post** **Log in** Sign up

**Chad Mizelle**
@chad_mizelle

We formally put Vanity Fair and Condé Nast on notice regarding the false and defamatory allegations published about our client, Jared Kushner.

Serious questions are now being raised about the credibility of this reporting, including by independent journalists.

Despite repeated requests, the author has failed to produce a single bank statement, wire transfer record, account number, or other verifiable evidence supporting these extraordinary accusations.

We have seen no indication that Vanity Fair conducted any independent verification of these claims before publishing them.

We call on Vanity Fair to clarify publicly whether it independently verified these allegations and, if so, what evidence supports them. Or did it simply republish the author's claims without conducting its own fact-checking?

We have demanded that Vanity Fair remove the article and preserve all records relating to its reporting, fact-checking, editorial review, and publication.

Letter attached. More to come.


THOMAS A. CLARE, P.C.
CLARE LOCKE
ERIC D. HAGEMAN

Re: Vanity Fair's October 22, 2026, excerpt from *Princes and Thieves*

8:58 AM · Oct 24, 2026 · **640.5K** Views

2.9K 1.2K 3.6K 403

**Chad Mizelle** @chad_mizelle · Oct 24

Exhibit 13





111 38 196 38K

**Garth Vader** @beerwhisperer · Oct 24

What year of law school do they teach you to litigate a client's case on social media without actually filing anything in court?

57 147 3.8K 34K