News Article

# Jared Kushner's Lawyer Puts Vanity Fair on Notice Over 'False' Claims

PUBLISHED
OCT 24, 2026 AT 01:15 PM EDT

UPDATED
OCT 27, 2026 AT 01:47 PM EDT






By Hollie Silverman
News Editor

23 Share

Newsweek is a Trust Project member

Prefer Newsweek on Google to see more of our trusted coverage when you search.

Jared Kushner's legal team says it has formally put *Vanity Fair* and its parent company, Condé Nast, on notice over allegations published about President Donald Trump's son-in-law, calling them "false and defamatory."

The dispute comes following *Vanity Fair's* reporting on an excerpt from investigative journalist Matthew Cole's forthcoming book, *Princes and Thieves: Jared Kushner and Mohamed bin Zayed's Secret Plot to Remake the Middle East*.

Exhibit 15

≡ Newsweek U.S. Global Lifestyle Opinion Rankings Watch Extra Subscribe Sign In

The excerpt alleges that Kushner had access to foreign accounts involving large sums of money during Trump's first term.

Read More on News



Petition To Replace Hakeem Jeffries Hits 1M As Mark Ruffalo Wades In

6 min read



Pete Hegseth Responds to 'Sham' Impeachment Push

1 min read



John Fetterman Doesn't Matter Anymore

4 min read

Kushner has categorically denied the allegations. The allegations in the book have not been independently verified or substantiated.

*Newsweek* reached out to *Vanity Fair* and Cole's representation by email for comment **on** Saturday.

Kushner is Trump's son-in-law and served as a senior White House adviser during Trump's first White House term, from 2017 to 2021.

ADVERTISING




The allegations in the book concern purported financial arrangements involving countries in the Middle East. According to Cole's disputed account, Dutch investigators obtained information from Kushner's compromised phone and uncovered purported financial arrangements involving Middle Eastern governments.

Kushner denies the alleged events occurred.




Newsletters

The Bulletin

Want the morning news straight to your inbox?

Email Address Sign up

Sign up to Breaking News alerts

By clicking "sign up" you are agreeing to our Terms of Service and Privacy Policy


Cole further alleges that Saudi and Emirati officials arranged for at least $2 billion to be placed in accounts that Kushner could access. The author also alleges that approximately $750 million was transferred into a UAE-linked account on which Kushner was a signatory.

Trump has also rejected the report, calling it "a totally false story."

Newsweek U.S. Global Lifestyle Opinion Rankings Watch Extra Subscribe Sign In



President Volodymyr Zelensky meets the U.S. envoy Steve Witkoff and Jared Kushner on June 9, 2026, in Kyiv.

## Lawyer Dismisses Vanity Fair Claims

In a letter shared by attorney Chad Mizelle on X.com, Kushner's lawyers disputed the allegations in the book excerpt, saying the claims amounted to "specific factual accusations of criminal misconduct" that were "categorically false."

The letter, addressed to Richard A. Bernstein, vice president and deputy general counsel at Advance-Condé Nast, denies a series of allegations individually.

Kushner "was never a signatory to, never had access to, and never knew of any 'Alpha' account at First Abu Dhabi Bank," the lawyers wrote. They also said he did not know of the Watani Al Emarat Foundation, that no "Beta" account was held for him at Israel's central bank, and that he had no account in Cyprus.

"He never received, controlled, or directed money from any foreign government; never transferred funds to anyone from any such account; and never conditioned any action of the United States government on any benefit to himself," the letter said.

The attorneys summarized Kushner's denial in another passage: "There are no accounts and never were."

The letter also challenged the evidence underlying the allegations, saying that despite repeated requests, Cole had "not provided a single bank statement, account document, or wire record substantiating his accusations."

## Kushner's Lawyers Point to the Scrutiny He Has Faced

Kushner's lawyers argued that the allegations were particularly implausible given the scrutiny **the president's son-in-law** faced while serving in government, citing media investigations, congressional inquiries and a special counsel investigation.

The letter said Kushner provided more than 30 hours of testimony and filed financial disclosures during his government service and asserted that none of those proceedings or filings revealed the alleged arrangements.

The attorneys also accused *Vanity Fair* of publishing the excerpt despite knowing that Kushner disputed the claims. According to the letter, Kushner's counsel sent Cole and publisher Simon & Schuster letters dated July 30 and August 10 denying the allegations before *Vanity Fair* published the excerpt.

The October 23 letter demanded that *Vanity Fair* "immediately take down the excerpt" and preserve documents related to it, while warning that publication had exposed the outlet to what Kushner's lawyers characterized as "serious legal risk."

"We formally put *Vanity Fair* and Condé Nast on notice regarding the false and defamatory allegations published about our client, Jared Kushner," Mizelle wrote in the post.

ADVERTISING




Mizelle said "serious questions" had been raised about the credibility of the reporting and reiterated the legal team's objections to the allegations.

Mizelle said "serious questions" had been raised about the credibility of the reporting and reiterated the legal team's objections to the allegations.

## What Happens Next

The letter demands that *Vanity Fair* remove the excerpt and preserve records related to its publication, potentially setting up a further legal dispute if the parties do not resolve their differences.

Is This Article Fair?

Leans Left | Fair | Leans Right

Select an option to vote. You can change it anytime.

Cole's book is scheduled for release on October 27.

*Updated 10/27/26, 1:45 p.m. ET: This report has been updated for clarity.*

ADVERTISING




*Contact Newsweek editor on this story: Edward Pearcey.*