THE HILL

Live: Nvidia scandal Trending: FAA ground stop Trump DEI appeal Trump FAA Sponsored: C

MEDIA

# Kushner's attorneys send notice to Vanity Fair on alleged "defamatory" excerpt

BY SURYATAPA CHAKRABORTY - 10/24/26 7:15 PM ET

9

THE HILL



Listen to audio version of this article

Instaread

Advertisement

ADVERTISING

Attorneys representing President Trump's son-in-law Jared Kushner have sent a letter to Vanity Fair and Condé Nast over allegations published in an article Thursday, calling them "false" and "defamatory."

"We formally put Vanity Fair and Condé Nast on notice regarding the false and defamatory allegations published about our client, Jared Kushner," Chad Mizelle, the Justice Department's former chief of staff, wrote on social media Saturday.

ADVERTISEMENT

"Serious questions are now being raised about the credibility of this reporting, including by independent journalists," he added.

Vanity Fair published an excerpt from a book by investigative journalist Matthew Cole titled "Princes and Thieves: Jared Kushner and Mohamed bin Zayed's Secret Plot to Remake the Middle East." The excerpt alleged Kushner's hacked phone revealed his secret negotiations which include millions of dollars in transfers.

"Despite repeated requests, the author has failed to produce a single bank statement, wire transfer record, account number, or other verifiable evidence supporting these extraordinary accusations," Mizelle wrote on social media, with a copy of the letter attached to the post.

ADVERTISEMENT

THE HILL




"We have seen no indication that Vanity Fair conducted any independent verification of these claims before publishing them," he added.

The letter signed says the accusations listed from the excerpt are "as false as" they are "outrageous" and since these allegations "charge our client with committing serious crimes, they are defamatory per se."

The Hill has reached out to law firm Clare Locke for a copy of the letter and a comment.

ADVERTISEMENT

The letter called for Vanity Fair to immediately remove the excerpt from its website and every other platform. It also asks the outlet to preserve records related to the publishing of the excerpt.

deeply misleading story.

Kushner has served as a U.S. special envoy throughout Trump's second term, playing an important role in leading peace talks between Israeli Prime Minister Benjamin Netanyahu and Hamas, as well as with Ukraine and Russia.

Jump to Comments 9

Add to Preferred Sources

TAGS DONALD TRUMP JARED KUSHNER JARED KUSHNER MATTHEW COLE MIDDLE EAST PRESIDENT TRUMP VANITY FAIR

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

**Baldwinsville: we found the ones that fit you. Matched by Homes Ai.**
Homes.com | Sponsored

**Milana Vayntrub Embraces Her Shape in Stunning New Photos**
Games Waka | Sponsored

**MDs Studied the Sharpest Minds Over 85. They All Share This 1 Thing**
Times Today 60+ | Sponsored

**Ex-NBA Player Carlos Boozer Says Prince Wired Him $500K To 'Ease' His Mind After Nearly Suing The Late Legend - AfroTech**
Afrotech | Sponsored

**Successful Miami Developer Launches Highly Anticipated Vacation Home**
Edgewater Times | Sponsored
Learn More

THE HILL

**Best Christmas Gift: Here Are 23+ Of The Coolest Gifts For 2026**
Top Gadget Gifts | Sponsored

**Wife laughed at his DIY 13-Foot Micro Camper, until she saw inside**
Little Fries | Sponsored

**The First Trillionaire's Reading List: 5 Books He Says Everyone Should Know**
Blinkist Magazine | Sponsored

**Paige Spiranac Show Off Her Figure In New 20 Photos**
Luxxory.com | Sponsored

**This Christmas Village Looks Completely Different With The Lights On**
Funfany | Sponsored
Learn More

**Only 5% Of People Can Name All Of These 1990s Icons**
QuizGriz | Sponsored
Try Now

**At 80, Cher lives in this house with her love. Look inside**
Little Fries | Sponsored

**Why Your Rotator Cuff Won't Heal (What Most Doctors Miss)**

THE HILL

Average Cost To Rent A Private Jet May Surprise You! (Take A Look)
SearchResultOffers | Search Ads | Sponsored
Learn More

This Christmas Village Has Cable Cars That Actually Move.
DECOR | Sponsored
Shop Now

CONTENT CONTINUES BELOW SURVEY

**What Do You Think?**

Loading survey...

**More Media News**

THE HILL



**Trump 'gaslighting' over Huang controversy: Kara Swisher**

**MEDIA** / 3 DAYS AGO



**Trump declares 'huge victory' after judge allows suit against BBC to proceed**

**COURT BATTLES** / 5 DAYS AGO



**Burgum's security blocks TMZ reporter: 'You're banging into me'**

**MEDIA** / 7 DAYS AGO



**Fired columnist won't return to Washington Post despite arbitration win**

**MEDIA** / 1 WEEK AGO

See All

Video/Hill.TV

THE HILL




**Rising: November 16, 2026**

THE HILL TV / 5 HOURS AGO




**Rising: November 13, 2026**

THE HILL




## Rising: November 12, 2026

THE HILL TV / 4 DAYS AGO

See all Hill.TV

See all Video

Top Stories

THE HILL



**Supreme Court declines Trump administration's DEI research grant appeal**

COURT BATTLES / 6 HOURS AGO

See All

FOR HILL INSIDERS

THE HILL

EDITOR'S CALL 11/16/26



## A blue wave, Trump's Iran demands and a leadership fight are rattling shutdown talks

HOUSE 11/16/26



## Inside Democrats' push to rein in AI-generated political ads

TECHNOLOGY 11/16/26




## Trump fumes after judge blocks DC golf takeover while courses sit empty

KEEPING SCORE 11/16/26

Read More

## Most Popular

1 **Indicted Virginia state senator pushes to sanction Blanche, Patel over public ...**

2 **Supreme Court declines Trump administration's DEI research grant appeal**

3 **Schumer and Jeffries had their leadership job interviews the last 2 years. They ...**

4 **Beneath the blue wave is a moral earthquake**

What Do You Think?

Do you often shop at small, locally-owned stores?

- All the time
- Sometimes
- Rarely
- No, I do not
- Other / No opinion

* By clicking "NEXT" I submit my answers and consent to the use of cookies for research and advertising purposes; I have read and agree to the CivicScience Privacy Policy and Terms of Service

NEXT *

People were interested in these podcasts

Morning Report • 12min
Stephen Miller era begins in Trump's White House

Play Episode

Morning Report • 13min

THE HILL

Morning Report • 13min
Midterms force a reckoning on Iran war

Rising • 52min
Schumer under PRESSURE as Dems ask for new...

Morning Report • 18min
Van Hollen puts Schumer on notice

Rising • 52min
Van Hollen CHALLENGING Chuck...

Powered by JQMX



SPONSORED CONTENT

**Medicare Won't Pay for an Alzheimer's Blood Test. Congress Can Fix That This Year.**

BY MICHELLE JACKSON, PH.D.

THE HILL

DON'T MISS A BRIEF.
SIGN UP FOR OUR DAILY EMAIL.

Your Email

Send

THE HILL

THE HILL

Resources

SITEMAP

THE HILL APPS

PEOPLE

RSS

PRINT EDITION

Other Areas

MEDIA

Contributors

SUBMIT OPINION CONTENT

About Us

WORK FOR THE HILL

INTERNSHIPS

CONTACT SUPPORT

THE HILL

Follow Us On

Get the App

GET IT ON Google Play

Download on the App Store

PRIVACY POLICY 06/29/2026

NOTICE AT COLLECTION

TERMS & CONDITIONS

CONTACT

ADVERTISE WITH THE HILL

SUBSCRIBE TO PUSH NOTIFICATIONS

NEWSNATION

BESTREVIEWS

ADVERTISE WITH NEXSTAR

JOURNALISTIC INTEGRITY

YOUR PRIVACY CHOICES

THE HILL