Download Our App Switch to old layout Log In

RAWSTORY SUBSCRIBE

# Kushner lawyer launches all-out attack on Vanity Fair over bombshell story: 'More to come'

By: David McAfee Oct 24, 2026 10:39AM ET



*Gage Skidmore.*

Listen to this article now
Powered by Trinity Audio
00:00 03:18 1.0x

Exhibit 17

Jared Kushner isn't just denying the explosive Vanity Fair report

A BETTER LOAN AGENCY EXPERIENCE
Complex KYC? We simplify it.
GET STARTED




Chad Mizelle, a former chief of staff at President Donald Trump's Justice Department, posted a letter on X Saturday that Kushner's lawyers sent to Vanity Fair's parent company, Condé Nast.

"We formally put Vanity Fair and Condé Nast on notice regarding the false and defamatory allegations published about our client, Jared Kushner," Mizelle wrote.

ALSO READ:

**Startup eyed over flight chaos funnels cash to Transportation chief's son-in-law**

The letter is signed by Thomas Clare and Eric Hageman of Clare Locke, a firm best known for defamation cases. It demands that Vanity Fair take down the excerpt and preserve every record of how it was reported, fact-checked and edited.

ELEVATE
YOUR GAIN

A BETTER LOAN AGENCY EXPERIENCE

GET STARTED

The Oct. 22 excerpt comes from journalist Matthew Cole's forthcoming book, "Princes and Thieves." According to the letter, it accuses Kushner of secretly gaining access to at least $2 billion from the rulers of the United Arab Emirates and Saudi Arabia while he worked in the White House. It says he hid the money in accounts in Abu Dhabi and Israel, moved it through Cyprus and traded American foreign policy influence in return.

"Every one of these accusations and characterizations is as false as it is outrageous," the lawyers wrote. They called the claims "defamatory per se" because they accuse Kushner of serious crimes.

The letter says Kushner was never connected to an "Alpha" account at First Abu Dhabi Bank. It adds that no "Beta" account was ever held for him at Israel's central bank, and that he has no account in Cyprus.

“There are no accounts and never were,” the letter says, quoting what Kushner’s counsel previously told Cole and his publisher, Simon & Schuster.

The lawyers argued the excerpt “rests on unnamed sources and secondhand accounts of what foreign intelligence officers supposedly saw on a phone screen.” They said Cole refused to name any sources or produce bank records when Kushner’s team asked.

They also pointed to the scrutiny Kushner faced during his White House years, including congressional inquiries, a special counsel investigation and more than 30 hours of his own testimony. None of that, they wrote, “surfaced any trace” of the deals Cole describes.

The letter also cites a ruling from Dominion Voting Systems’ defamation case against Sidney Powell, arguing that publishing “inherently improbable” claims can support a finding of actual

Mizelle also went after the magazine directly.

"@VanityFair, people assume you reviewed this story. So confirm for us, did you independently verify these allegations or just republish without checking?" he wrote.

The letter comes a day after critics pointed out that Kushner's first denial on X didn't threaten legal action. Journalist Michael Weiss wrote at the time that "given the gravity of the allegations, that decision will only draw more scrutiny."

The letter demands a takedown but doesn't say Kushner will sue. Mizelle ended his post with "More to come."

Vanity Fair hasn't publicly responded.

**Chad Mizelle**
@chad_mizelle · **Follow**

We formally put Vanity Fair and Condé Nast on notice regarding the false and defamatory allegations published about our client, Jared Kushner.

Serious questions are now being raised about the credibility of this reporting, including by independent journalists.

Despite repeated Show more

8:58 AM · Oct 24, 2026

3.6K Reply Copy link to post

Read 3K replies

Report typos and corrections to **corrections@rawstory.com.** For customer support contact **support@rawstory.com.**



'They are lying': Ex-Trump insider makes grim claim about real origin of flight grounding



This time it's personal: Pete Hegseth's fresh vulgarity sends him plunging to new low



This single photo triggers nausea for even Trump's most ardent fans



This is Trump's pride and joy — and destroying it must be the next president's first job



'It's over!' Rubio said to have 'just destroyed his presidential hopes' with one statement



Samuel Alito is right to be terrified

151 Comments

**Successful Miami Developer Launches Highly Anticipated Vacation...**

**Edgewater Times** | Sponsored

**Learn More**

At Avenues, rigorous learning is also joyful. See how our Lower Division blends language immersion, inquiry-based projects, and close teacher guidance to help every student in ...

Avenues The World School | Sponsored

Learn More

This Christmas Village Looks Completely Different With The Lights On

Bring home an entire miniature Christmas world featuring a festive train, Santa's reindeer sleigh, a glowing chapel, snowy cottages, and charming winter scenery.

Olygee | Sponsored

Learn More

Baldwinsville: we found the ones that fit you. Matched by Homes Ai.

Finding Your Dream Home Just Got Easier. A Lot Easier.

Homes.com | Sponsored

2027's Best New Family SUVs Have Arrived (Take A Look)

Uncover Spacious And Safe SUVs Ideal For Family Outings.

SearchResultOffers | Search Ads | Sponsored

Learn More

No Ladder, No Tangled Lights—Just Christmas Magic

Trending | Sponsored

Costco Buyers Say This ED Product Is "Worth Every Penny"

Most Men with E.D. Don't Know About This Easy Solution (Try Tonight!)

Directmeds | Sponsored

Learn More

Katie Miller's shock cheating claim turned on its head by ex-Trump aide's wife

RawStory

Pre-K and Kindergarten Where Rigor Meets Joy

In Pre-K and kindergarten at Avenues, inquiry-based learning builds confidence, early literacy, and critical thinking skills, all in English and Spanish or Mandarin, guided by ...

Avenues The World School | Sponsored

Learn More

Ultra-Soft Cashmere Sweatshirt Loved by Thousands of Men

The Sweatshirt that looks effortlessly cool and feels unbelievably soft — no wonder it's becoming every man's favorite.

Walkergrey | Sponsored

Shop Now

Milana Vayntrub Embraces Her Shape in Stunning New Photos

Games Waka | Sponsored

YOUR OPINION MATTERS

Should Howard Lutnick be investigated for his ties to the Nvidia scandal?

VOTE NOW →

Stay ahead of the political news cycle.

Get the stories driving Washington—and the stories others miss—delivered free to your inbox.

SIGN ME UP

Free, unsubscribe anytime

## Company

About Us

FAQ

Corrections Policy

Ethics Policy

Ownership & Funding

Contact Us

## Support Raw Story

Subscribe

Donate

Gift Subscriptions

Newsletter

Podcast

Mobile App

## Sections

U.S. Politics

Opinion

World

Investigations

Games

## Connect

Contact the Newsroom

Send a News Tip

Customer Support

Request a Correction

## Legal

Terms of Use

Privacy Policy

Masthead Privacy Policy Debug Logs